RECEIVED
IN LAKE CHARLES, LA.

JUN 24 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| KEITH COFFEE<br>    FED. REG. #55692-004<br>VS. | CIVIL ACTION NO. 09-1532<br><br>SECTION P<br><br>JUDGE MINALDI |
| WARDEN J. P. YOUNG | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because petitioner has not shown that he is in custody in violation of the constitution or laws of the United States.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 23 day of June, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE